**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SAIFUL ISLAM,

Petitioner,

v. No. 1:26-cv-00151-DHU-KRS

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; MARISA FLORES, El Paso Field Office Director, Enforcement and Removal Operations, Immigration and Customs Enforcement; and GEORGE DEDOS, Warden of Cibola County Detention Center,

Respondents.

**FINAL JUDGMENT**

THIS MATTER is before the Court on the Order Granting In Part Petitioner Saiful Islam's Petition for Writ of Habeas Corpus ("Petition"). Doc. 7. On April 28, 2026, the Court granted the Petition in part, ordering Respondents to provide Petitioner with an individualized bond hearing before a neutral Immigration Judge ("IJ") within (7) days of the Court's Order, which was on or before May 4, 2026. *Id.* at 5. The Court also directed the parties to submit a Joint Status Report no later than May 4, 2026, confirming whether a bond hearing was held and the result of said hearing. *Id.*

On May 4, 2026, Respondents filed a Status Report ("Report"). Doc. 8. The Report confirmed that Respondents provided Petitioner with a bond hearing on April 30, 2026. *Id.* at 1. The Report also stated that, at the bond hearing, the IJ found Petitioner to be a flight risk and denied bond. *Id.* at 1, 3.

Pursuant to Fed. R. Civ. P. 58(a), the Court will now issue its final judgment disposing of

the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Saiful Islam's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED IN PART**, and the Clerk's Office may close this civil habeas case.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE